UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

ALEXIS LAGUERRA,                  :

    Petitioner              :   CIVIL ACTION NO. 3:21-1116

v.                                :        (JUDGE MANNION)

STEPHEN SPAULDING,                :

    Respondent              :

## ORDER

In accordance with the Memorandum issued this date, **IT IS HEREBY ORDERED THAT**:

1. Laguerra's petition for a writ of habeas corpus pursuant to 28 U.S.C. §2241 (Doc. 1) is **DISMISSED WITHOUT PREJUDICE** as unexhausted.

2. The Clerk of Court is directed to **CLOSE** this case.

*s/ Malachy E. Mannion*
MALACHY E. MANNION
United States District Judge

Dated: January 6, 2022
21-1116-01-ORDER